UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – LONDON

| UNITED STATES OF AMERICA, | CRIMINAL NO. 6:10-CR-17-KKC |
|---|---|
| Plaintiff, | |
| V. | **ORDER** |
| TINA PARTIN, | |
| Defendant. | |

This matter is before the Court on the recommended disposition of United States Magistrate Judge Hanly A. Ingram concerning Defendant Tina Rayshell Partin's reported violations of supervised release conditions. (DE 58). The matter was referred to Magistrate Judge Ingram to conduct a final revocation hearing and issue a recommendation.

Magistrate Judge Ingram conducted the final revocation hearing on May 21, 2018 (DE 57), and issued a recommended disposition on May 23, 2018 (DE 58).

Partin has now waived her right to appear before a district judge and to make a statement and present information in mitigation. (DE 59). In her waiver, Partin stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, she would withdraw her waiver. (DE 59). The United States did not object to Magistrate Judge Ingram's recommended disposition.

Accordingly, and with the Court otherwise being sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 58) is **ADOPTED** as the Court's opinion. Judgment consistent with the recommendation will be entered.

Dated May 30, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY